JOHN H. GARRISON, APPELLANT, *v.* THE KNICKER-
BOCKER ICE COMPANY, RESPONDENTS.
Judgment and order denying new trial affirmed, with costs.
Opinion by GILBERT, J., DYKMAN, J., dissenting.

NEBAT D. NICHOLS, APPELLANT, *v.* ERNEST HENKEN,
RESPONDENT.
Judgment and order denying new trial affirmed, with costs.
Opinion by DYKMAN, J.

PATRICK J. HENNESSY, APPELLANT, *v.* CHARLES J. PAT-
TERSON, as RECEIVER, &c., RESPONDENT.
Judgment affirmed, with costs.
Opinion by GILBERT, J.

MATTER OF PETITION OF ELIZABETH McGUIRE, *v.* JOHN
LINSKY, AN ATTORNEY.
Motion to disbar Linsky, as an attorney of this court, denied.
Opinion by BARNARD, P. J.

THE BOARD OF EDUCATION OF UNION FREE
SCHOOLS, DISTRICT No. 2, OF THE TOWN OF NEW
LOTS, RESPONDENT, *v.* PHILIP H. REID, APPELLANT.
Judgment and order denying new trial affirmed, with costs.
Opinion by BARNARD, P. J.

MYRON K. BETTES, RESPONDENT, v. ANDREW SHAMP-
NOY AND PETER U. FOWLER, APPELLANTS.
Judgment of county court and order denying new trial affirmed,
with costs.
Opinion by BARNARD, P. J.

WILLIAM B. SCOTT AND ALBERT E. SCOTT, APPELLANTS,
*v.* CHARLES MORGAN, RESPONDENT.
Judgment affirmed, with costs.
Opinion, by GILBERT, J.

JANE M. VAN BRUNT *v.* EDWARD P. DAY AND OTHERS.
Motion denied, without costs.